FILED
MAY - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>                              Plaintiff,<br><br>    vs.<br><br>R. HERNANDEZ et al.,<br><br>                            Defendants. | Civil No.   08cv0750 BEN (BLM)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE AND TO MOVE TO PROCEED *IN FORMA PAUPERIS*** |

      Plaintiff Jimmie Stephen, an inmate currently incarcerated at the California Men's Colony in San Luis Obispo, California, has filed what appears to be a civil rights Complaint. For the reasons set forth below, this Complaint is dismissed without prejudice.

**I.    Failure to Pay Filing Fee and Move to Proceed *in Forma Pauperis***

      All parties must pay a $350.00 filing fee to commence any civil action, suit, or proceeding, other than petition for a writ of *habeas corpus*, in this Court. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay, only if the party obtains leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

      Here, Stephen has failed to pay the $350.00 filing fee and move to proceed *in forma pauperis*. Therefore, this action is subject to immediate dismissal. 28 U.S.C. § 1914(a).

///

II. **Conclusion and Order**

For the reasons set forth above, the Court dismisses this action without prejudice pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The Court further grants Stephen 45 days leave from the entry of this Order to: (1) pay the $350.00 filing fee; or (2) move to proceed *in forma pauperis* by submitting, among other things, a certified copy of his prison trust account statement for the six-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule 3.2(b) of this Court.

The Clerk of the Court shall mail a copy of the form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*" to Stephen.

IT IS SO ORDERED.

Dated: May __, 2008

Roger T. Benitez
United States District Judge