# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Stephen

              V.              **JUDGMENT IN A CIVIL CASE**

Hernandez

                           CASE NUMBER:    08cv750 BEN(BLM)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court denies Stephens motion to proceed in forma pauperis and dismisses this action without prejudice for failure to prepay the $350.00 filing fee..................................................................................................

| June 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON June 20, 2008 |