Original 1 of 3 pages

Mr. Jimmie Stephen
C-56483
P.O. Box 8101
San Luis Obispo, CA 93409

FILED
2008 JUL -7 PM 2:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

NUNC PRO TUNC
JUL -2 2008

Court of United States District
State of California - Southern

CASE # 08-0750-BEN
(BLM)

Jimmie Stephen
  Plaintiff

  v

R. Hernandez
 et al Defendants

1., Motion to "Alter", "Amend"
   "Reconsideration" "Judgment"
   FRCP # 59-E, 60-B-4.

2.. Submitted "Imminent Danger"
   Exception "Not" "Heard" filed
   on 5-21-08. Retaliation: Denial

Plaintiff Jimmie Stephen hereby request "Judgment" of 6-20-08 be "Altered", "Amended" as "Void" as the Court did not hear "submitted", "filed" motion re "Imminent Danger Exception" under 28, USC. 1915-G.. on or about 5-21-08.. as "CDCR" have a custom, practice to withhold "Inmates" with legal mail as all "Legal Copies" are "Censored" prior to mailing. under which "Marshall Court test: Lost".
"Wolff v McDonnell" 418. US. 539 (1969).
"Farrows v West" 320. f3d. 1235-6 (11th 2003)..

1,

## "Abuse of Discretion"

Plaintiff States it is "Abuse of Discretion" for "Ruling" on 42.USC.1983 of 6-20-08 "without" allowing "Access to Court" on "Imminent Danger Exception" submitted. filed. on 5-21-08.. total of "74 Pages"..
"Allen v City of Beverly Hills" 912.f2d. 367 (9th 1990)

As "Judgment" of 6-20-08 is "Void"..
"Wages v IRS" 915.f2d.1230 (9th 1990)..

## "Transferred" "Pattern of Retaliation"

the "Pattern" of "Misconduct" Instituted as "Retaliation" as "1st Amendment" Right of Access "Chilled" "Hindered" as Shown in "Imminent Danger Exception" motion of 5-21-08..

Even though "Transferred" from Donovan of 3-27-07 to "CMC" the Retaliation "Ongoing".. 28.USC. 1915 Allows "Imminent Danger" forma Pauperis in this Case..
"Rhodes v Robinson" 380.f3d.1123 (9th 2004)..
when "Assaulted" in Library 9-29-06..

### "Relief Requested"
1.. "Granting" motion to "Amend" after "Reconsideration" ed.
2.. "Granting" Right to "Supplement Complaint" new Defendants..
3.. "Granting" Imminent Danger Exception"..
4.. "Any other Relief by this Court..

Date 6-30-08   True Against Fraud on Court   Signature [signature]

2

## PROOF OF SERVICE BY MAIL

CU-08-750-BEN

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF SAN DIEGO  )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, KHALID QADIR, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 6-30-08, I served the following documents:

Motion to Amend, Alter, Consider

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

ATTORNEY-GENERAL " "
110 W. "A" STREET # 1100
SAN DIEGO CALIFORNIA.. 92101

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 6-30-08

KHALID QADIR
P.O. Box 8101
San Luis Obispo Calif 93409

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

3