Original
1 of 1
page

1  JIMMIE STEPHEN
2  #C-56483 / A-1149
   PO BOX 8101
3  SAN LUIS OBISPO, CA 93409-0001
4

FILED

2008 AUG 29  PM 2: 02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  RM              DEPUTY

5
6
7          Court of U.S. District          NUNC PRO TUNC
8          State of California-Southern
                                           AUG 27 2008
9
10                                    CASE #2D-08-0750-
11                                           BEN
12
13  JIMMIE Stephen
14       Plaintiff
15                                    Motion to "Dismiss" "With-
16                                    out" Prejudice "Complaint".
17  R. "Hernandez"                         42-USC. 1983
18  Et al Defendants                      "Forthwith..
19                                     "CU-08-0750-BEN"
20       Plaintiff Jimmie Stephen Hereby Request to
21  Dismiss "CU-08-0750-BEN) wtherein Right to "Amend"
22  CU-08-0749-BTM of U.S.D.C-Southern,. FRCP #15.
23       "Bounds J Smith" 430. US 817 (1977).
24       True Manner filed on Dockery
25
26  Date 8-22-08
                                    Signature
27
28