FILED
2008 NOV 14 PM 3: 41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>                Plaintiff,<br><br>vs.<br><br>R. HERNANDEZ, Warden,<br><br>                Defendant. | Case No. 08cv0750 BEN (BLM)<br><br>**ORDER**<br><br>**(1) DENYING MOTION FOR RECONSIDERATION AND RELIEF FROM JUDGMENT; AND**<br><br>**(2) DENYING REQUEST TO DISMISS AS MOOT** |

      Plaintiff Jimmie Stephen, an inmate currently incarcerated at th the California Men's Colony in San Luis Obispo, California, commenced this civil rights action alleging retaliation and failure to provide dental treatment. Dkt. No. 1. Because Stephen failed to pay the $350.00 filing fee, the Court twice dismissed the action without prejudice and with leave to re-open the case upon payment. Dkt. Nos. 2, 4. The Clerk entered Judgement on June 20, 2008. Instead of paying the filing fee, Stephen moved for (1) reconsideration of the Court's dismissal orders; and (2) relief from judgment under Federal Rules of Civil Procedure 59(e) and 60(b). Dkt. No. 7. He also filed a request to dismiss the action without prejudice. Dkt. No. 9.

      Stephen's motion for reconsideration and relief from judgment is procedurally and substantively defective. In terms of procedure, his motion is untimely to the extent that he seeks relief under Rule 59(e), because he filed the motion on July 2, 2008 – over ten days after the entry of the Judgment. FED. R. CIV. P. 59(e). In terms of substance, his motion lacks merit because he asserts, without any factual

1 | or legal basis, that the Court abused its discretion in finding that his allegations of pass conduct failed
2 | to give rise to the "imminent danger" exception under 28 U.S.C. § 1915(g). He does not claim that the
3 | Court overlooked any facts or authority. *See* CivLR 7.1(i); *see also* FED. R. CIV. P. 60(b). Nor does he
4 | claim any exceptional circumstances justifying relief. *See United States v. Alpine Land & Reservoir Co.*,
5 | 984 F.2d 1047, 1049 (relief under Rule 60(b) "is available only where extraordinary circumstances"
6 | exist). Thus, his motion for reconsideration and relief from judgment must be denied.

7 | Accordingly, Stephen's request to dismiss the action without prejudice is denied as moot. The
8 | Court's June 20, 2008 Judgment stands.

9 | IT IS SO ORDERED.
10 | Dated: November 14, 2008

Hon. Roger T. Benitez
United States District Judge